UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24502-CIV-MORENO

TROY TONY MILLS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on any dispositive matters (**D.E. No. 1**) filed **December 8, 2015**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 7**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

(1) Petitioner's motion to vacate is DENIED without prejudice;

(2) The case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of December 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Troy Mills, *pro se*
95099-004
Coleman I-USP
United States Penitentiary
Inmate Maile/Parcels
Post Office Box 1033
Coleman, FL 33521

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24502-CIV-MORENO

TROY TONY MILLS,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

_____/

## FINAL JUDGMENT

Pursuant to Federal Rules of Civil Procedure 58 and 54, and in accordance with the Court's denial of the Petitioner's motion to vacate, set aside or correct sentence by a person in federal custody **(D.E. No. 1)**, filed on **December 8, 2015**, final judgment is entered in favor of Respondent. It is

**ADJUDGED** that all pending motions in this case are DENIED AS MOOT in light of this Court's Order Adopting the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this _22_ of December 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Patrick A. White

Troy Mills, *pro se*
95099-004
Coleman I-USP
United States Penitentiary
Inmate Maile/Parcels
Post Office Box 1033
Coleman, FL 33521